# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1134
_____

AARON S. HOPE SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
James M. Colaw, Judge.

May 29, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Aaron S. Hope Sr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.